IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       4:99CR3013
                             )
      v.                     )
                             )
CARLOS TRUJILLO-LOPEZ,       )       ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 11). The Court finds that said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment herein is dismissed without prejudice.

DATED this 13th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court